IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

DANIEL CHATTIN, an individual
who is a citizen of Montana,

   Plaintiff,

vs.

IDEAL BUSINESS PARTNERS, Inc.,
et al.

   Defendants..

CV-21-54-GF-BMM

ORDER

 Plaintiff filed this action on May 19, 2021. To date, Plaintiff has failed to provide the Court with a return of service on the Defendants. Pursuant to Fed. R. Civ. P. 4(m), which states:

> If a defendant is not served within 90 days after the complaint is filed, the court — on motion or on its own after notice to the plaintiff — must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f) or 4(j)(1), or to service of notice under Rule 71.1(d)(3)(A).

**IT IS HEREBY ORDERED** that on or before **October 20, 2021**, Plaintiff shall file with the Court proof of service of summons and complaint on the Defendants or show cause why this cause should not be dismissed, without prejudice.

DATED this 20th day of September, 2021.

_____
Brian Morris, Chief District Judge
United States District Court