UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DANIEL CHATTIN,<br><br>           Plaintiff,<br><br>vs.<br><br>IDEAL BUSINESS PARTNERS, INC., GLENN H. TRUITT, CACEY C. DECKER, MICHAEL PLANK, NEVADA CREDICO, INC. dba QUANTUM COLLECTIONS, and ALLIED COLLECTION SERVICES, INC.,<br><br>           Defendant. | Case No. CV-21-54 -GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

     IT IS ORDERED AND ADJUDGED: Defendants Quantum and Allied's Motions for Summary Judgment [44] and [48] are GRANTED. Defendants Quantum and Allied's Motion to Compel and for Sanctions is DENIED. The clerk shall enter judgment in favor of Quantum and Allied.

     Dated this 6th day of January, 2023.

                                      TYLER P. GILMAN, CLERK

                                      By: /s/ M. Stewart
                                      M. Stewart, Deputy Clerk